Ruffht, 0. J.
 

 The Court considers the decision on both points to be correct. That the plaintiff is not executor or administrator is a plea in bar. 3 Chit. Pl.
 
 942. Stokes
 
 v.
 
 Bate,
 
 5 B. & C. 491. Consequently, under the statute, the defendant was entitled to plead it with any other bar. Without noticing any objection to the judicial proceedings in Tennessee, as constituting letters testamentary, had the transcript been received in evidence, it is sufficient to say, that the objection, made at the trial,, to its reception, is decisive. The Act of Congress requires, that the presiding magistrate of the Court shall certify, that the person, who attests the transcript, is the clerk of the Court, and that “the attestation is in due form instead of which, the certificate here is, that Wilson was then, in August 1845, elerk — and' it is utterly silent as to the attestation. As the transcript was not proved in any other manner, nor authenticated in conformity to the Act of Congress, it was properly rejected; and the judgment must be affirmed.
 

 Psr Curiam. Judgment affirmed.